AUSA:        Jeremiah Smith                Telephone:  (313) 226-0242
Special Agent:     Kenton Weston, ATF          Telephone:  (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
    v.

Axzavier Sincere Hudgins

Case: 2:24−mj−30121
Assigned To : Unassigned
Assign. Date : 4/3/2024
CMP: SEALED MATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 7, 2024_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal possession of a machinegun |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  _April 3, 2024_____

_____
*Judge's signature*

City and state:  _Detroit, MI_____

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## I.     INTRODUCTION

1.     I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, the Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accounting from Western Michigan University. During my employment with the ATF, I have conducted and/or participated in numerous criminal investigations focused on violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs.

2.     I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my

employment with the ATF, I have been involved in over a hundred investigations involving violent crimes, which have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over one hundred and fifty arrests.

3.     This affidavit is made in support of an application for a criminal complaint for Axzavier Sincere HUDGINS (XX/XX/2005). I have probable cause to believe that HUDGINS illegally possessed a machinegun, in violation of 18 U.S.C. § 922(o).

4.     I make this affidavit based on my participation in this investigation, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

5.      The information in this affidavit is for the limited purpose of establishing probable cause. This affidavit does not contain all the information known to law enforcement regarding this investigation.

## II.     PROBABLE CAUSE

A. HUDGINS' flight from law enforcement

6.     On March 7, 2024, at approximately 8:08 pm, Detroit Police Department (DPD) officers were dispatched to an Asian Corned Beef restaurant in the area of 13832 Wyoming, Detroit, MI for three men with firearms. One male was described as a light-complected black male who had a GPS tether affixed to his leg.

2

The male was later identified as Robert SMITH II. One 911 caller reported that the men had exited a dark-colored SUV before entering the restaurant. Upon DPD's arrival, they observed a dark-colored SUV in the parking lot and two black males exiting the building. The two men fit the description provided by a caller. While walking up to the restaurant and through the large glass front door, the responding officers observed SMITH II and the other individual exit the restaurant. The officers asked if the men had a CPL. SMITH II and the other individual did not respond. Instead, they immediately fled on foot towards a brick wall. The unidentified suspect jumped over the wall and headed north. SMITH II ran through the parking lot and was eventually arrested with a Glock pistol with an affixed MCD. As the unidentified individual fled north, officers gave commands to stop that were ignored. The individual climbed over two fences and evaded officers near a residence located at 13XXX Kentucky Detroit, MI. Minutes later, Michigan State Police (MSP) arrived at the scene and conducted a brief K-9 article track. In the area where the DPD officer lost the fleeing individual, the MSP K9 Unit located a loaded Glock model 19 9mm pistol with an inserted extended magazine and an MCD, aka "Glock Switch", affixed to the pistol.

7.     On March 20, 2024, ATF obtained a search warrant for the restaurant's surveillance footage. I partially reviewed the footage, identifying SMITH II (who was wearing a brown jacket). I also immediately recognized HUDGINS as the other

individual who fled with SMITH II. HUDGINS was wearing a hooded black and green camo jacket with a yellow "L" logo, solid black track pants with a white logo, and white shoes (see Image 2 below). Additionally, I compared an image of HUDGINS captured by the State of Michigan on September 14, 2023 (see Image 1 below) to the March 7, 2024 video and images captured from the surveillance footage (see Image 2 below). I noted similarities in facial features including shape, skin tone, and facial hair. The comparison and my previous knowledge confirmed that HUDGINS was the unidentified suspect who was inside the restaurant and later fled north from police.

Image 1                    Image 2



8.      I examined the recovered Glock model 19. I noted the firearm has a tan light attached to its frame and a 30-round magazine inserted (See Image 3 below). I noted the Glock had an aftermarket installation of an MCD (see Image 4 below circled in red). At approximately 8:12 pm on the Asian Corned Beef restaurant's surveillance video, I noted that HUDGINS, while around other patrons, reached into his pants and then brandished the recovered Glock model 19 pistol. I was able to

identify the firearm by the size, shape, and tan light affixed to the frame of the pistol

(see Image 5 below circled in red).

Image 3            Image 4



Image 5



9.     Based on my training and experience in the investigation and prosecution of dozens of individuals who were in the possession or trafficking MCDs in the Eastern District of Michigan, I know an individual can affix an MCD to a Glock-style pistol to make the pistol shoot automatically and function as a machinegun. The MCD is a small illicit device that replaces the back plate of the slide on a Glock-style pistol. When installed, the device applies pressure to the trigger bar and disables the firearm's ability to limit one round of ammunition to be fired per trigger pull. A machinegun is a firearm under the National Firearms Act (NFA), 26 U.S.C. § 5845(a) and is defined, in pertinent part, as "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun." 26 U.S.C. § 5845(b). An MCD

is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock-style pistol into a machinegun; therefore, it by itself, is a "machinegun."

10.    Based on my training on MCDs and experience in previous MCD investigations and seizures, I know that the MCD attached to the recovered Glock model 19, 9mm pistol is known colloquially as a "button", and/or a "switch", and/or a "Glock Switch."

### B. HUDGINS' Instagram account

11.    Between March 2023 and April 2024, the GVTF has been investigating HUDGINS related to his involvement with firearms. HUDGINS has had multiple Instagram accounts in various vanity names. In every account observed, HUDGINS brandished several different suspected firearms in a variety of makes, models, and calibers.

12.    On or about February 1, 2024, during a separate investigation, I compared Image 1 above to captured images of the individual who is depicted as the user of the Instagram account vanity name "JTKMurda8." The individual in Image 1 above and the individual who is depicted as the user of the account are the same. Additionally, based on the images posted and live broadcasts displaying HUDGINS

as the sole person on the broadcast, HUDGINS appears to control the Instagram account vanity name "JTKMurda8."

13.     On March 15, 2024, at approximately 1:02 pm, HUDGINS broadcasted live from the Instagram vanity account JTKMurda8. During the broadcast, HUDGINS appears to be brandishing a loaded Glock model 23 Gen 3 pistol chambered in .40 S&W (see Image 6 below). At approximately 33 seconds into the video, HUDGINS refers to the Glock firearm as a "big 40." At approximately 2 minutes and 33 seconds, HUDGINS racks the firearm and a live round ejects.  Moments later, HUDGINS states "Did you see these bullets in this bitch." (see Image 7 below). Based on my training, experience, the display of live ammunition designed for personal protection, and the size, shape, slide serrations, racking action, and ability to accept a loaded magazine, HUDGINS appears to have possessed an actual Glock pistol and live ammunition.

Image 6                    Image 7



14.   At approximately 3 minutes and 6 seconds, a follower who was observing the live broadcast, asked "Dats yo new shi?" Based on the context of the broadcast, the follower appears to be referring to HUDGINS' Glock. HUDGINS responded, "Whenever I lose a pole I come back better." Based on my training and experience, I know that "pole" is a slang term for a firearm. Then, HUDGINS exclaimed "lost the switch got another!... Ya know how Zay come." I know from my training with MCDs that the terms "switch", "button", and/or "Glock Switch" are colloquialisms for an MCD. Based on my investigation, it appears HUDGINS is referring to him abandoning the Glock 19 equipped with an MCD while he fled from DPD on March 7, 2024.

15.   At 4 minutes and 6 seconds, HUDGINS states "I am sick I had to throw the switch, yo…. It's crazy I would have be had….If I didn't throw that button bro." It appears HUDGINS is again referring to the incident on March 7, 2024.

16.   At 4 minutes and 40 seconds, HUDGINS reads a message from a follower about the abandoned MCD and states "ya know I am fittin to grab another one." Seconds later, while displaying where an MCD fastens to a Glock, HUDGINS states "this bitch (firearm) fittin to have a button in a minute." (see Image 8 below).

9

Image 8



17.     ATF Industry Operations Investigator Gary Gray conducted a search of the ATF Firearms Licensing System (FLS), which maintains all records of NFA weapons (AOW, MCDs, machineguns, etc.) legally documented with the ATF. HUDGINS has no registered or recognized licenses to possess, manufacture, and or sell these types of firearms. HUDGINS is not authorized to possess NFA weapons which include machineguns, MCDs, and AOWs.

### III.   CONCLUSION

18.     There is probable cause to believe that on March 7, 2024, within the Eastern District of Michigan, Axzavier HUDGINS, knowingly possessed a firearm

equipped with a machinegun conversion device, in violation of 18 U.S.C. § 922(o) (illegal possession of a machinegun).

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Swore to before me and signed in my
presence and/or by reliable electronic means

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: April 3, 2024

11