UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AXZAVIER SINCERE HUDGINS,<br><br>    Defendant.<br>_____/ | Case: 2:24-cr-20196<br>Assigned To : Michelson, Laurie J.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 4/16/2024<br>Description: IND USA V. AXZAVIER<br>SINCERE HUDGINS (MC)<br><br>Violation:   18 U.S.C. § 922(o) |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

On or about March 7, 2024, in the Eastern District of Michigan, Southern Division, the defendant, Axzavier Hudgins, knowingly possessed a machinegun, that is one Glock, model 19, 9mm pistol, equipped with a machine gun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One, Illegal Possession of a Machinegun, of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, in violation of 18 U.S.C. § 922(o), Defendant Axzavier Hudgins shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461, any firearm or ammunition involved in or used in defendant's knowing violation of said offense, including but not limited to the following:

- One Glock, model 19, 9mm pistol
- An unknown machine gun conversion kit; and
- Seven rounds of assorted 9mm ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Organized Crime Unit

*s/Jeremiah G. Smith*
Jeremiah G. Smith
Assistant United States Attorney

Dated: April 16, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:24-cr-20196<br>Assigned To : Michelson, Laurie J.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 4/16/2024<br>Description: IND USA V. AXZAVIER<br>SINCERE HUDGINS (MC) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)[1]**: | |
| ☐Yes ☑No | AUSA's Initials: J.S. |

**Case Title:** USA v. Axzavier Hudgins

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint **[Case No. 24-MJ-30121]**

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

April 16, 2024
Date

Jeremiah Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Jeremiah.Smith@usdoj.gov
(313) 226-0242
Bar #: P80301

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.