UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,                       Case No. 24-cr-20196

v.                                           Hon. Laurie J. Michelson

Axzavier Sincere Hudgins,

       Defendant.

---

### Stipulation and Order to Extend Filing Dates

---

The United States of America and Axzavier Hudgins, by and through their attorneys, stipulate and agree that there is good cause to extend the dates by which the government must file its responses to Hudgins's motion to dismiss pursuant to the Second Amendment, [ECF 26], and motion to dismiss pursuant to *Garland v. Cargill*, 602 U.S. 406 (2024), [ECF 27]. This extension of time is necessary for the following reasons:

- Hudgins filed his motions on July 9, 2024.

- Hudgins's motions are related to his alleged illegal possession of a machinegun, as defined by 26 U.S.C. § 5845(b).

- The government must file a response to Hudgins's motions on or before July 30, 2024. LR 7.1(e)(2)(A).

- Government counsel expects the Bureau of Alcohol, Tobacco,

1

Firearms, and Explosives to soon provide a legal memorandum regarding the classification of machinegun conversion devices in light of *Cargill*. It is the government's position that the memorandum may aid the Court in deciding Hudgins's pending motions.

- Therefore, government counsel requests a two-week extension, from July 30, 2024 to August 13, 2024, of the filing date for its responses.

- Defense counsel concurs with the government's request. LR 7.1(a)(1).

For these reasons, the parties stipulate and request that the date by which the government must file its responses be extended 14 days from July 30, 2024 until August 13, 2024. The parties request that this additional time be excluded from the Speedy Trial Act because the ends of justice served by such an extension outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

**IT IS SO STIPULATED.**

Respectfully submitted,

DAWN N. ISON
United States Attorney

| | |
|---|---|
| s/Jeremiah G. Smith | s/Benton C. Martin (with consent) |
| Jeremiah G. Smith | Benton C. Martin |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 613 Abbott Street, Fifth Floor |
| Detroit, MI 48226 | Detroit, MI 48226 |
| jeremiah.smith@usdoj.gov | benton_martin@fd.org |
| (313) 226-0242 | (313) 967-5832 |

Dated: July 22, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

v.

Axzavier Sincere Hudgins,

       Defendant.

Case No. 24-cr-20196

Hon. Laurie J. Michelson

**Order Extending Filing Dates
and Finding Excludable Delay**

The Court has considered the parties' stipulation and joint motion to extend the date by which the government must file its responses from July 30, 2024 to August 13, 2024 and for a finding that the extension of 14 days qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested extension outweigh the best interests of the public and the defendant in a speedy trial and that the time from July 30, 2024 until August 13, 2024 qualifies as excludable delay under § 3161(h)(7).

**IT IS FURTHER ORDERED** that the government shall file a response to

1


Hudgins's motions on or before August 13, 2024.

**IT IS SO ORDERED**.

Dated: July 24, 2024

                                  s/Laurie J. Michelson
                                  LAURIE J. MICHELSON
                                  UNITED STATES DISTRICT JUDGE