UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                        Case No. 24-cr-20196

v.                           Hon. Laurie J. Michelson

AXZAVIER HUDGINS ET AL.,

    Defendants.
_____/

## EX PARTE MOTION FOR LEAVE TO FILE AN EXHIBIT
## USING THE MEDIA FILE UPLOAD

Now comes the undersigned, Assistant United States Attorney, Jeremiah Smith, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file one exhibit via the electronic portal "Media File Upload" in CM/ECF.

The exhibit to the United States' response to Hudgins's motion to dismiss (ECF No. 27, PageID.114) cannot be converted to a PDF format for the following reason: Exhibit A is in audio and video format and consists of footage of ATF agents demonstrating the firing of a semiautomatic Glock pistol and the automatic firing of a Glock pistol equipped with a machinegun conversion device.

The government will use the video in an evidentiary hearing, if one is ordered by the Court, or during an argument on the motion.

For the foregoing reason, the undersigned respectfully requests that this Court grant the leave sought in this motion.

                              Respectfully submitted,

                              DAWN N. ISON
                              United States Attorney

                              *s/ Jeremiah G. Smith*
                              Jeremiah G. Smith
                              Assistant United States Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, MI 48226
                              jeremiah.smith@usdoj.gov
Date: August 12, 2024             (313) 226-0242

## **CERTIFICATE OF SERVICE**

    I certify that on August 12, 2024, I electronically filed the foregoing document with the Clerk of the Court of the Eastern District of Michigan using the ECF system, which will send notification to all counsel of record.

|  |  |
|---|---|
|  | *s/ Jeremiah G. Smith* |
|  | Jeremiah G. Smith |
|  | Assistant United States Attorney |
|  | 211 W. Fort Street, Suite 2001 |
|  | Detroit, MI 48226 |
|  | jeremiah.smith@usdoj.gov |
| Date: August 12, 2024 | (313) 226-0242 |