UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                         Case No. 24-CR-20196

v.                                         Hon. Laurie J. Michelson

AXZAVIER HUDGINS ET AL.,

    Defendants.
_____/

## AMENDED EX PARTE MOTION FOR LEAVE TO FILE AN EXHIBIT USING THE MEDIA FILE UPLOAD

Now comes the undersigned, Assistant United States Attorney, Jeremiah Smith, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file one exhibit via the electronic portal "Media File Upload" in CM/ECF.

The exhibit to the United States' response to Hudgins's motion to dismiss (ECF No. 27, PageID.114) cannot be converted to a PDF format for the following reason: Exhibit A is in audio and video format and consists of footage of ATF agents demonstrating the firing of two firearms. Specifically, one agent demonstrates the automatic firing of a Glock pistol equipped with a machinegun conversion device by discharging a full magazine of ammunition. The agent then reloads and demonstrates the same process a second time. The other agent demonstrates the firing of a single magazine of ammunition with a semiautomatic Glock pistol by

having to engage the trigger after the discharge of each individual shot. The content of the government's proposed exhibit complies with the privacy protections outlined in the E-Government Act of 2002 and all other applicable law.

The government conferred with defense counsel about this motion. Defense counsel does not object to the submission of the government's video exhibit. L.R. 7.1(a). The government will use the video in an evidentiary hearing, if one is ordered by the Court, or during an argument on the motion.

For the foregoing reason, the undersigned respectfully requests that this Court grant the leave sought in this motion.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/ Jeremiah G. Smith*
Jeremiah G. Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
jeremiah.smith@usdoj.gov
(313) 226-0242

Date: August 20, 2024

## CERTIFICATE OF SERVICE

I certify that on August 20, 2024, I electronically filed the foregoing document with the Clerk of the Court of the Eastern District of Michigan using the ECF system, which will send notification to all counsel of record.

|  |  |
|---|---|
|  | *s/ Jeremiah G. Smith* |
|  | Jeremiah G. Smith |
|  | Assistant United States Attorney |
|  | 211 W. Fort Street, Suite 2001 |
|  | Detroit, MI 48226 |
|  | jeremiah.smith@usdoj.gov |
| Date: August 20, 2024 | (313) 226-0242 |