UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AXZAVIER HUDGINS, et al.,

    Defendants.

Case No. 24-20196
Honorable Laurie J. Michelson

**ORDER GRANTING MOTION FOR LEAVE TO UPLOAD EXHIBIT USING MEDIA FILE UPLOAD**

The matter is before the Court on the Government's motion for leave to file an exhibit using the media file upload (ECF Nos. 34 &38). The Court GRANTS the motion and orders the party to meet the below requirements when uploading a media file:

    1.    The party must indicate a timestamp citation for each instance where the exhibit is referenced in the paper pursuant to R6.

    2.    All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

    3.    Because of storage limitations, the party is directed to limit the size of the media file to the minimum necessary to support its position and to not file any media files duplicative of those already filed. Instead, the party is instructed to include a timestamp citation and reference to the previously uploaded exhibit.

4.	The Court will not accept any media file that has proprietary security features or codecs requiring additional files, software, applications or plug-ins to successfully view the file. Any files received that cannot be viewed by the Court will need to be reformatted and resubmitted.

5.	The submitting party shall serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

IT IS SO ORDERED.

Dated: August 20, 2024

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE