UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CR. NO. 24-20196

v.

                                      HON. LAURIE J. MICHELSON

AXZAVIER HUDGINS,

        Defendant.
_____/

**NOTICE OF WITHDRAWAL OF MOTIONS**

Axzavier Hudgins has reached a Rule 11 plea agreement with the government. In light of that development, he is withdrawing his two pending motions to dismiss. (ECF Nos. 26, 27.) He asks the Court to schedule a plea hearing.

                                                Respectfully submitted,

                                                s/ Benton Martin
                                                FEDERAL COMMUNITY DEFENDER
                                                613 Abbott Street, Suite 500
                                                Detroit, Michigan 48226
                                                Phone: 313-967-5832
                                                E-mail: benton_martin@fd.org

Date: October 8, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  CR. NO.  24-20196

v.

                                     HON. LAURIE J. MICHELSON

AXZAVIER HUDGINS,

        Defendant.
_____/

## **CERTIFICATE OF SERVICE**

    I certify that, on October 8, 2024, I filed the above document using the CM/ECF system, which will send notice to government counsel of record. I also sent a copy to Mr. Hudgins.

                                             /s/ Benton C. Martin