UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.

Axzavier Sincere Hudgins, et al.,

           Defendant(s),

Case No. 2:24-cr-20196-LJM-APP
Hon. Laurie J. Michelson

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Axzavier Sincere Hudgins

The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 212, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING: October 15, 2024 at 09:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

           By: s/Erica L Parkin
                  Case Manager

Dated: October 8, 2024