February 7, 2025

Judge Michelson:

Hope this letter finds you in good health and spirit. My name is Alana Jennings, and I am writing to you as a mother who is deeply concerned for my son, Axzavier Hudgins who is currently incarcerated for actions he has taken that have led him to this regrettable situation.

I understand the gravity of his offenses and fully acknowledge the consequences of his behavior. However, I wish to share my heartfelt perspective about my son and the potential for his rehabilitation, seeking your leniency and understanding.

First and foremost, I want to emphasize that Axzavier Hudgins is not defined solely by his mistakes. He is a young man with immense potential, integrity, and talent. While I do not condone the choices he made, I believe those choices were not reflective of the person he truly is or the values I have instilled in him. We all make mistakes, but it is how we learn and grow from them that defines us. I have spent countless nights worrying bout his well-being and future, knowing he has been deprived of the opportunities that could lead to a more positive path.

During his time in confinement, Axzavier Hudgins has expressed genuine remorse for his actions and has actively sought ways to better himself, all of which demonstrate his desire to change. As he moves forward, I am optimistic that he will channel his experiences into becoming a responsible and contributing member of society.

As a mother, I have witnessed firsthand how much he longs for redemption. He aspires to  improve his life and  believe that with support, encouragement, and a stable environment, he can turn his life around and become a source of inspiration for others who may find themselves on a similar path.

My request, Judge is not to excuse his actions or disregard the severity of his conduct. Instead, I implore you to consider granting him an opportunity for early release or a reduced sentence. This would allow him to reintegrate into society, where he can utilize the skills he has acquired during his time

in jail and show that he is capable of making better choices moving forward. I am prepared to provide him with the support he needs, whether through my guidance or programs aimed at helping him transition back into life outside of incarceration.

Thank you for taking the time to read my letter and consider my plea as a mother. I understand the weight of your responsibilities and the importance of justice; however, I believe that compassion can pave the way for healing and transformation. I remain hopeful that you will see the potential in my son and grant him a chance to prove himself.

Sincerely,

Alana Jennings
(248)6026859
Mother of Axzavier Hudgins