UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 24-cr-20196
                              Honorable Laurie J. Michelson

vs.

D-1 Axzavier Sincere Hudgins
D-2 William Douglas
D-3 Robert Smith II, and
D-4 Havier Jackson,

        Defendants.

_____

**Notice of Change of Assistant U.S. Attorney**

_____

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| *Add the following AUSA(s):* | *Terminated the following AUSA(s):* |
|---|---|
| Name:    Jasmine Moore | |
| Bar ID:    P82181 | Name:    NONE |
| Telephone:    (313) 226-9759 | |
| Fax:    (313) 226-3800 | |
| Email:    Jasmine.Moore@usdoj.gov | |

                                              S/Jasmine Moore
                                              Jasmine Moore (P82181)
                                              Assistant U.S. Attorney
                                              211 W. Fort Street, Ste. 2001
                                              Detroit, Michigan  48226
                                              (313) 226-9759
                                              Jasmine.Moore@usdoj.gov

Dated: June 24, 2025